STATE OF NEW JERSEY IN THE INTEREST OF K.V.N., A JUVENILE.

Argued June 6, 1972—Decided June 12, 1972.

*Mrs. Rosemary Karcher Reavey,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Michael H. Kessler,* Assistant Prosecutor, argued the cause for the State of New Jersey (*Mr. Elson P. Kendall,* Assistant Prosecutor, on the brief; *Mr. Karl Asch,* Union County Prosecutor, attorney).

*Mr. John A. Brogan,* Deputy Attorney General, argued the cause for *amicus curiae* (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment of the Appellate Division is affirmed essentially for the reasons expressed in Judge Lane's opinion (116 *N. J. Super.* 580).

*For affirmance*: Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*: None.